**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 13-cv-01611-REB-CBS

SCHEEF & STONE, L.L.P., and
GRADY DICKENS,

      Plaintiff,

v.

SUSANNA E. FOELS,

      Defendants.

---

**STIPULATED PROTECTIVE ORDER**

---

      Plaintiffs, Scheef & Stone, L.L.P. and Grady Dickens ("Plaintiffs"), and Defendant, Susanna E. Foels ("Foels"), (collectively, Plaintiffs and Foels are hereinafter referred to as the "Parties," or each individually is referred to herein as a "Party") hereby stipulate to the terms of this Protective Order and respectfully move the Court to enter an order in accordance therewith.

      This Protective Order is designed to preserve the confidentiality of certain information contained in documents produced and certain testimony given by witnesses in this case.  To expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, and adequately protect material entitled to be kept confidential, it is, by agreement of the Parties and pursuant to the Court's authority under the Federal Rules of Civil Procedure, STIPULATED AND ORDERED that:

1.      This Protective Order shall apply to all documents, materials, and information including, without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure.

2.      As used in this Protective Order, the term "document" is defined as provided in Fed.R.Civ.P. 34(a).  A draft or non-identical copy is a separate document within the meaning of this term.

3.      Information designated "CONFIDENTIAL" shall be information that contains confidential personal and/or financial information, trade secret information, or other such information that implicates privacy interests and is not generally known to the public.

4.      CONFIDENTIAL information shall not be disclosed or used for any purpose except for use in the litigation of this case.

5.      CONFIDENTIAL documents, materials, and/or information (collectively "CONFIDENTIAL information") shall not, without the consent of the party producing it or further Order of the Court, be disclosed except that such information may be disclosed to:

(a)     attorneys actively working on this civil action;

(b)     persons regularly employed or associated with the attorneys actively working on this civil action whose assistance is required by

said attorneys in the preparation for trial, at trial, or at other proceedings in this civil action;

(c)     the Parties hereto;

(d)     expert witnesses and consultants retained in connection with this civil action, to the extent such disclosure is necessary for preparation, trial or other proceedings in this civil action;

(e)     the Court and its employees ("Court Personnel");

(f)     stenographic reporters who are engaged in proceedings necessarily incident to the conduct of this civil action;

(g)     deponents; and

(h)     other persons by written agreement of the parties.

6.      Prior to disclosing any CONFIDENTIAL information to any person listed above (other than counsel, persons employed by counsel, Court Personnel, stenographic reporters), counsel shall provide such person with a copy of this Protective Order and shall obtain from such person a written acknowledgment, in the form of Exhibit A attached hereto, stating that he or she has read this Protective Order and agrees to be bound by its provisions.  All such acknowledgments shall be retained by counsel and shall be subject to in camera review by the Court if good cause for review is demonstrated by opposing counsel.

7.      Documents are designated as CONFIDENTIAL by placing or affixing on them (in a manner that will not interfere with their legibility) the following or other appropriate notice: "CONFIDENTIAL" on all pages of the document.

8.     Whenever a deposition involves the disclosure of CONFIDENTIAL information, the deposition or portions thereof shall be designated as CONFIDENTIAL and shall be subject to the provisions of this Protective Order.  Such designation shall be made on the record during the deposition whenever possible, but a party may designate portions of depositions as CONFIDENTIAL after transcription, provided written notice of the designation is promptly given to all counsel of record within thirty (30) days after notice by the court reporter of the completion of the transcript.

9.     A party may object to the designation of particular CONFIDENTIAL information by giving written notice to the party designating the disputed information. The written notice shall identify the information to which the objection is made.  If the parties cannot resolve the objection within ten (10) business days after the time the notice is received, within 14 days thereafter it shall be the obligation of the party designating such document(s) as CONFIDENTIAL to file an appropriate motion requesting that the Court determine whether the disputed information should be subject to the terms of this Protective Order.  If such a motion is timely filed, the disputed information shall be treated as CONFIDENTIAL under the terms of this Protective Order until the Court rules on the motion.  If the party designating the information a CONFIDENTIAL fails to file such a motion within the prescribed time, the disputed information shall not be protected in accordance with this Protective Order.  In connection with a motion filed under this provision, the party designating the information as CONFIDENTIAL shall bear the burden of establishing that good cause exists for the disputed information to be treated as CONFIDENTIAL.

10.     At the conclusion of this case, unless other arrangements are agreed upon, each document and all copies thereof which have been designated as CONFIDENTIAL shall be returned to the party that designated it CONFIDENTIAL, or the parties may elect to destroy CONFIDENTIAL documents; provided, however, that counsel for each party may retain one copy of the CONFIDENTIAL documents for the sole purpose of maintaining a complete file, and all such retained documents will not be released, disclosed, or utilized except upon express permission of this Court after written notice to counsel for the party that produced the documents.

11.     This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

12.     The Parties hereby agree that, should any document(s) designated as CONFIDENTIAL need to be filed with the Court, the filing of such documents shall be accompanied by a Motion to Restrict Access in accordance with D.C.Colo.LCivR 7.2.

DATED at Denver, Colorado, on August 16, 2013.

BY THE COURT:


_s/Craig B. Shaffer_
Craig B. Shaffer
United States Magistrate Judge

STIPULATED BY:


s/ Burkeley N. Riggs_____
Burkeley N. Riggs
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, CO 80202

*Attorneys for Defendant, Susanna E. Foels*


s/ Robert J. Zavaglia, Jr._____
Robert J. Zavaglia, Jr.
Treece Alfrey Musat P.C.
999 18th Street, Ste. 1600
Denver, CO 80202

AND

Mark J. Zimmermann
Dealey, Zimmermann, Clark, Malouf & Blend, P.C.
3131 Turtle Creek Blvd., Ste. 1201
Dallas, TX 75219

*Attorneys for Plaintiffs, Scheef & Stone, L.L.P. and Grady Dickens*

## EXHIBIT A

**WRITTEN ACKNOWLEDGEMENT TO STIPULATED PROTECTIVE ORDER**

The undersigned hereby acknowledges that he/she has carefully and completely read the Stipulated Protective Order in the pending litigation between Scheef & Stone, L.L.P. and Grady Dickens and Susanna E. Foels; that he/she is one of the persons contemplated in Paragraph 5 of the Stipulated Protective Order; and that he/she fully understands and agrees to abide by the obligations and confidences set forth in the Stipulated Protective Order.  The undersigned consents to the jurisdiction of the United States District Court for the District of Colorado for purposes of enforcing this Stipulated Protective Order.

Date: _____

_____
Signature

_____
Title or Position

_____
Printed Name

STATE OF _____   )
                        ) ss.
COUNTY OF _____   )

Suscribed and sworn to before me by _____ on this _____ day of _____, 2013.

My commission expires: _____

_____
Notary Public