IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:13-cv-01611-REB-CBS

SCHEEF & STONE, L.L.P., and GRADY DICKENS,

    Plaintiff,

v.

SUSANNA E. FOELS,
    Defendant.

---

ORDER GRANTING SECOND STIPULATED MOTION TO AMEND SCHEDULING ORDER
AND TRIAL PREPARATION CONFERENCE ORDER

---

This matter having come before the Court on the Parties' Second Stipulated Motion to Amend Scheduling Order and Trial Preparation Conference Order (the "Motion"), and the Court having reviewed the Motion and being fully advised on the premises, IT IS HEREBY ORDERED that:

1. The Motion is **granted**.  The Scheduling Order and Trial Preparation Conference Order are amended as follows:

    A. Paragraph 9(e) of the Scheduling Order is amended to allow Plaintiffs to take three additional depositions: Mr. Mockovciak, Amrita Equities, L.P., and Mr. Schafer.

    B    The deadline for rebuttal expert disclosures is extended to March 24, 2014;

    C. The discovery cut-off deadline is extended to April 30, 2014;

    D. The deadline for Fed. R. Evid. 702 motions is extended to April 30, 2014; and

    E. The deadline for dispositive motions is extended until April 30, 2014.

Dated at Denver, Colorado this 10th day of March, 2014.

                                         s/Craig B. Shaffer
                                    UNITED STATES MAGISTRATE JUDGE