**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01611-REB-CBS

SHEEF & STONE, LLP, and
GRADY DICKENS,

      Plaintiffs,

v.

SUSANNA E. FOELS,

      Defendant.

---

## MINUTE ORDER[1]

---

      The matter is before the court on **Plaintiffs' Motion To Exclude or Limit Expert Testimony Under Rule 702 and Brief in Support** [#42][2] filed April 30, 2014.  After reviewing the motion, the court has concluded that the motion should be stricken for failure to comply with this court's practice standard, REB Civ. Practice Standard IV.B.1.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Plaintiffs' Motion To Exclude or Limit Expert Testimony Under Rule 702 and Brief in Support** [#42] filed April 30, 2014, is **STRICKEN** for failure to comply with REB Civ. Practice Standard IV.B.1; and

      2.  That **Plaintiffs' Scheef & Stone, L.L.P. and Grady Dickens Unopposed Motion to Restrict Access to Document #42** [#43] filed April 30, 2014, is **DENIED** without prejudice with leave to re-file.

      Dated:  May 1, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.