**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01611-REB-CBS

SHEEF & STONE, LLP, and
GRADY DICKENS,

      Plaintiffs,

v.

SUSANNA E. FOELS,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on **Plaintiffs' Unopposed Motion For Reconsideration of Order Striking #42, Motion to Exclude or Limit Expert Testimony Under Rule 702 and Brief in Support, and Denying Without Prejudice #43 Motion For Leave to Restrict Access to #42** [#47][2] filed May 1, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Plaintiffs' Unopposed Motion For Reconsideration of Order Striking #42, Motion to Exclude or Limit Expert Testimony Under Rule 702 and Brief in Support, and Denying Without Prejudice #43 Motion For Leave to Restrict Access to #42** [#47] filed May 1, 2014, is **GRANTED**;

      2.  That **Plaintiffs' Motion to Exclude or Limit Expert Testimony Under Rule

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#47]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

**702 and Brief in Support**[3] [#42] is **RE-INSTATED**; and

    3. That **Plaintiffs' Scheef & Stone, L.L.P. and Grady Dickens Unopposed Motion to Restrict Access to Document #42** [#43] is **RE-INSTATED**.

Dated: May 2, 2014

---

[3] In light of the length of plaintiffs' motion, the court will entertain at the appropriate time any motion by defendant seeking an extension of the 15-page limitation which applies to responses to any motion other than a motions for summary judgment.  *See* REB Civ. Practice Standard IV.B.1.