IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01611-REB-CBS | Date: August 14, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* | *Counsel:*

SCHEEF & STONE, L.L.P., *et al,* | Kathleen Johnson

Plaintiff,

v.

SUSANNA E FOELS, | Jason Hermele

Defendant,

v.

ERNST & YOUNG LLP, | Ellen Oberwetter

Interested Party.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 02:47 P.m.**
Court calls case. Appearances of counsel.

This hearing comes before the Court regarding Non-Party EY's Motion to Quash Subpoena Issued by Susanna Foels for FRCP 30(b)(6) Deposition and for Protective Order [98]. The deposition in the motion is to take place in New York.

Through counsel, Ms. Foels orally withdraws subpoena and notice of 30(b)(6) deposition served on Ernst & Young LLP on July 14, 2014. The withdraw of the subpoena renders Non-Party EY's Motion to Quash Subpoena Issued by Susanna Foels for FRCP 30(b)(6) Deposition and for Protective Order [98] as **MOOT**.

HEARING CONCLUDED.

**Court in recess: 03:36 p.m.**
Total time in court: 00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.