**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01611-REB-CBS

SCHEEF & STONE LLP AND GRADY DICKENS

      Plaintiff

v.

SUSANNA E. FOELS

      Defendant

## JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Granting Plaintiffs' Motion for Summary Judgment** [Dkt. No. 107] of Judge Robert E. Blackburn entered on October 30, 2014. It is

ORDERED that, defendant's counterclaims against plaintiffs are **DISMISSED WITH PREJUDICE**. It is

FURTHER ORDERED that, plaintiffs are **AWARDED** their costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 30th day of October, 2014.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

By:  s/   A. Lowe
A. Lowe
Deputy Clerk